# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.: 93 CR 20024-2 |
| Helen Fort ) | USM No.: 98344-024 |
| ) | |
| Date of Original Judgment: 10/13/1994 ) | |
| Date of Previous Amended Judgment: _____ ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment if Any)*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of **X** the defendant ___ the Director of the Bureau of Prisons ___ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

**X** DENIED.     ___ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all other provisions of the original judgment dated 10/13/1994 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 8/16/2012

*Philip G. Reinhard*
*Judge's signature*

Effective Date: _____      Philip G. Reinhard, U.S. District Judge
*(if different from order date)*      *Printed name and title*